Opinion filed June 11, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed June 11, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                      Nos. 11-08-00039-CR & 11-08-00040-CR

                                           __________

 

                               TAMMY CARSON ROGERS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 42nd District Court

 

                                                          Taylor
County, Texas

 

                                        Trial
Court Cause Nos. 23022A & 23147A

 



 

                                            M
E M O R A N D U M     O P I N I O N

The
trial court convicted Tammy Carson Rogers, upon her plea of guilty, of the
offenses of credit card abuse[1] and forgery.[2] 
Plea bargain agreements were not reached.  In each case, the trial court
sentenced appellant to confinement in a state jail facility for eighteen
months.  We affirm.








In
her sole issue in each case, appellant invites this court to reconsider our
decisions in Flores v. State, 936 S.W.2d 478 (Tex. App.CEastland 1996, pet. ref=d), and Bradfield v.
State, 42 S.W.3d 350 (Tex. App.CEastland
2001, pet. ref=d),
where we held that punishment assessed was not subject to a factual sufficiency
review.  We decline appellant=s
invitation.  Each issue is overruled.

A
penalty assessed within the range of punishment established by the legislature
will not be disturbed on appeal. Jackson v.
State, 680 S.W.2d 809 (Tex. Crim.
App. 1984); Bradfield, 42 S.W.3d at 354.  The trial court assessed
punishment within the range authorized.  Tex.
Penal Code Ann. '' 12.35, 32.21, 32.31 (Vernon Supp. 2008).

The judgments of the trial court are affirmed.

 

 

JIM R. WRIGHT

CHIEF JUSTICE

 

June 11, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.









[1]Cause No. 11-08-00039-CR.





[2]Cause No. 11-08-00040-CR.